UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| CASSANDRA MARIE STUBBS, | * | CASE NO. 22-52425-SMS |
| Debtor. | * | |

**NOTICE OF CONVERSION TO CHAPTER 13**

COMES NOW Debtor, by and through counsel, and converts this case to a proceeding under Chapter 13 of the United States Bankruptcy Code, this 16th day of May 2022.

MORGAN & MORGAN
Attorney at Law, P.C.

/s/ Jason t. Braswell
Attorney for Debtor
State Bar No. 078373
1090-C Founders Blvd.
Athens, Georgia 30606
706-548-7070
jason@morganlawyers.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                           CHAPTER 7

CASSANDRA MARIE STUBBS,         CASE NO. 22-52425-SMS

Debtor.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed Notice of Conversion using the Bankruptcy Electronic Case Filing program, which sends a notice of this Document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Jason T. Braswell**    jason@morganlawyers.com,
lisa@morganlawyers.com;tonya@morganlawyers.com;stacey@morganlawyers.com;susan@morganlawyers.com;julie@morganlawyers.com;rachel@morganlawyers.com

**Lisa F. Caplan**    lcaplan@rlselaw.com,
nbrown@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;abricker@rlselaw.com

**S. Gregory Hays**    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
**Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov

I further certify that on this day I caused a copy of the document to be served via United States First Class Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Cassandra Marie Stubbs
315 Milton Drive
Covington, GA 30016

All Creditors as Shown Attached

Dated: May 16, 2022

                                        MORGAN & MORGAN
                                        Attorney at Law, P.C.

                                        /s/ Jason T. Braswell
                                        Attorney for Debtor
                                        State Bar No. 078373
                                        1090-C Founders Blvd.
                                        Athens, Georgia 30606
                                        706-548-7070
                                        jason@morganlawyers.com

All Creditors as Shown Attached

Dated: May 16, 2022

MORGAN & MORGAN  
Attorney at Law, P.C.

/s/ Jason T. Braswell  
Attorney for Debtor  
State Bar No. 078373  
1090-C Founders Blvd.  
Athens, Georgia 30606  
706-548-7070  
jason@morganlawyers.com

```
Label Matrix for local noticing          BMW Bank of North America              (p)BMW FINANCIAL SERVICES
113E-1                                   4515 N Santa Fe Ave. Dept. APS         CUSTOMER SERVICE CENTER
Case 22-52425-sms                        Oklahoma City, OK 73118-7901           PO BOX 3608
Northern District of Georgia                                                    DUBLIN OH 43016-0306
Atlanta
Mon May 16 10:00:33 EDT 2022

Bank of America                          Barclays Bank Delware                  Jason T. Braswell
P.O. Box 982238                          P.O. Box 8803                          Morgan & Morgan, Attorneys at Law, PC
El Paso, TX 79998-2238                   Wilmington, DE 19899-8803              1090-C Founders Blvd.
                                                                                Athens, GA 30606-6163


Bread                                    CBNA                                   Cancer Treatment Center Atl
P.O. Box 783186                          P.O. Box 6497                          Southeastern Regional Medical
Philadelphia, PA 19178-3186              Sioux Falls, SD 57117-6497             62680 Collections Center Drive
                                                                                Chicago, IL 60693-0001


Lisa F. Caplan                           Comenity Bank/PALSRYL                  Department of Ed/Nelnet
Rubin Lublin, LLC                        P.O. Box 182125                        P.O. Box 82561
Suite 100                                Columbus, OH 43218-2125                Lincoln, NE 68501-2561
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570


Discover Financial                       Enclave at Grosslake                   (p)FIRST NATIONAL BANK OF OMAHA
Attn: Bankruptcy Department              P.O. Box 83125                         1620 DODGE ST
P.O. Box 3025                            Conyers, GA 30013-8016                 STOP CODE 3129
New Albany, OH 43054-3025                                                       OMAHA NE 68102-1593


Flagstar Bank                            (p)GEORGIA DEPARTMENT OF REVENUE       S. Gregory Hays
5151 Corporate Drive                     COMPLIANCE DIVISION                    Hays Financial Consulting, LLC
Troy, MI 48098-2639                      ARCS BANKRUPTCY                        Suite 555
                                         1800 CENTURY BLVD NE SUITE 9100        2964 Peachtree Road
                                         ATLANTA GA 30345-3202                  Atlanta, GA 30305-4909


Internal Revenue Service                 (p)JPMORGAN CHASE BANK  N A            Nelnet Loans
401 W. Peachtree Street, Room            BANKRUPTCY MAIL INTAKE TEAM            P.O. Box 82505
STOP 334-D                               700 KANSAS LANE FLOOR 01               Lincoln, NE 68501-2505
Atlanta, GA 30308-3518                   MONROE LA 71203-4774


Office of the United States Trustee      Rooms To Go                            Cassandra Marie Stubbs
362 Richard Russell Building             P.O. Box 28102                         315 Milton Drive
75 Ted Turner Drive, SW                  Miami, FL 33102-8102                   Covington, GA 30016-8588
Atlanta, GA 30303-3315


SunCoast Credit Union                    The Home Depot                         Tractor Supply
P.O. Box 11904                           PO Box 6497                            P.O. Box 6497
Tampa, FL 33680-1904                     Sioux Falls, SD 57117-6497             Sioux Falls, SD 57117-6497


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>P.O. Box 3608<br>Dublin, OH 43016 | (d)Bank of America<br>P.O.Box 982235<br>El Paso, TX 79998-2235 | First National Bank of Omaha<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 |
| Georgia Department of Revenue<br>1800 Century Boulevard, NE<br>Suite 9100<br>Atlanta, GA 30345 | JP Morgan Chase<br>Attention Bankruptcy<br>P.O. Box 15298<br>Wilmington, DE 19850 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Flagstar Bank, FSB as servicer for Lakevie | (u)Lakeview Loan Servicing, LLC | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    2<br>Total                 29 |