**IT IS ORDERED as set forth below:**

**Date: May 25, 2022**

_Sage M. Sigler_

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| | CHAPTER 13 |
| CASSANDRA MARIE STUBBS, | |
| | CASE NO. 22-52425-SMS |
| Debtor. | |

ORDER CONVERTING CASE TO CHAPTER 13

Debtor having filed a Motion to convert this case from Chapter 7 to Chapter 13 and there being no prior conversion. According, the Motion to convert is GRANTED, and this case is converted from one under Chapter 7 to one under Chapter 13.

IT IS FURTHER ORDERED if confirmation of the Debtor's plan is denied, or after confirmation, Debtor materially defaults with respect to the Chapter 13 Plan including, but not limited, to a default as to the Chapter 13 payments, the case shall be re-converted to a Chapter 7 without further notice or hearing.

IT IS FURTHER ORDERED, that any motion of the Debtor to voluntarily dismiss prior to this case shall be constructed as a motion for reconversion to Chapter 7.

The Clerk is directed to serve a copy of this Order upon the Debtor, the Chapter 7 Trustee, the U.S. Trustee, and all creditors and interested parties.

END OF DOCUMENT

Prepared and presented by:

Morgan & Morgan
Attorneys for Debtor

By: /s/ Jason T. Braswell
Georgia Bar No. 078373
1090-C Founders Boulevard
Athens, Georgia 30606
706-548-7070
jason@morganlawyers.com